# In the United States Court of Federal Claims

No. 18-1820
Filed: August 24, 2020

|  |  |
|---|---|
| HARVARD PILGRIM HEALTH CARE, INC, HPHC INSURANCE COMPANY, INC., and HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER STAYING CASE

On February 28, 2019, the Court issued an Order staying this case pending the Federal Circuit's resolution of *Sanford v. United States*, No. 19-1290 ("*Sanford*") and directing the parties to file a Joint Status Report every ninety days. Order Granting Motion to Stay, ECF No. 10. Pursuant to that Order, on August 21, 2020, defendant filed a Joint Status Report, notifying the Court that the Federal Circuit issued a decision in *Sanford* and in the consolidated appeals. Joint Status Report, ECF No. 21 at 1. Additionally, the parties requested "that the Court stay this case for sixty-three days, [up] to and including Friday, October 23, 2020, at which point the parties will submit a joint status report proposing further proceedings." *Id*. at 2. For good cause shown, this case is hereby **STAYED** for an additional sixty-three days, up to and including Friday, October 23, 2020, at which point the parties are hereby **DIRECTED** to file a Joint Status Report.[1]

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge

---

[1] As the stay in this case was lifted on Friday, August 14, 2020, the stay is extended through Friday, October 23, 2020, pursuant to Rule 6(a)(1)(C) of the Rules of the Court of Federal Claims.