# In the United States Court of Federal Claims

No. 18-1820

Filed: January 14, 2022

|  |  |
|---|---|
| HARVARD PILGRIM HEALTH CARE, INC., HPHC INSURANCE COMPANY, INC., and HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

## ORDER STAYING CASE

On January 4, 2022, the parties filed a Joint Status Report. *See generally* Joint Status Report, ECF No. 31.  The parties propose a continuation of the stay in this case by sixty-days, up to and including March 4, 2022, to "provide more time for the broader discussions about possible approaches to resolving this and other [cost-sharing reduction] cases." *Id.* at 1.  For good cause shown, this case is hereby **STAYED** until March 4, 2022, at which point the parties **SHALL** file a joint status report.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*
Loren A. Smith,
Senior Judge