# In the United States Court of Federal Claims

No. 18-1820

Filed: March 7, 2022

|  |  |
|---|---|
| HARVARD PILGRIM HEALTH CARE, INC., HPHC INSURANCE COMPANY, INC., and HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

## ORDER STAYING CASE

On March 4, 2022, the parties filed a Joint Status Report.  *See generally* Joint Status Report, ECF No. 37.  The parties propose a continuation of the stay in this case by sixty-days, up to and including May 3, 2022, to "attempt to collectively resolve the damages and mitigation issues in the [cost-sharing reduction] cases without further litigation or to significantly streamline resolution of the remaining damages/mitigation issues in these cases." *Id.* at 2.  For good cause shown, this case is hereby **STAYED** until May 3, 2022, at which point the parties **SHALL** file a joint status report.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge