# In the United States Court of Federal Claims

No. 18-1820

Filed: December 6, 2022

|  |  |
|---|---|
| HARVARD PILGRIM HEALTH CARE, INC., HPHC INSURANCE COMPANY, INC., and HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

## ORDER STAYING CASE

On December 1, 2022, the parties filed a Joint Status Report. *See generally* Joint Status Report, ECF No. 49. The parties proposed a continuation of the stay in this case, up to and including January 17, 2023, to "determine whether they may efficiently resolve this and other pending [cost-sharing reduction] matters without further litigation or at least streamline these cases." *Id.* at 1. For good cause shown, this case is hereby **STAYED** until January 17, 2023, at which point the parties **SHALL** file a joint status report.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge