# In the United States Court of Federal Claims

No. 18-1820

Filed: January 19, 2023

|  |  |
|---|---|
| HARVARD PILGRIM HEALTH CARE, INC., HPHC INSURANCE COMPANY, INC., and HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER STAYING CASE

On January 17, 2023, the parties filed a Joint Status Report. *See generally* Joint Status Report, ECF No. 51. The parties proposed a continuation of the stay in this case, up to and including March 17, 2023, to "determine whether they may efficiently resolve this matter without further litigation or can at least streamline the damages and mitigation issues in this case." *Id.* at 2. For good cause shown, this case is hereby **STAYED** until March 17, 2023, at which point the parties **SHALL** file a joint status report.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge