# In the United States Court of Federal Claims

No. 18-1820

Filed: September 11, 2023

|  |  |
|---|---|
| HARVARD PILGRIM HEALTH CARE, INC., HPHC INSURANCE COMPANY, INC., and HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER STAYING CASE

On September 8, 2023, the parties filed a Joint Status Report. *See generally* Joint Status Report, ECF No. 63. The parties proposed a continuation of the stay in this case, up to and including September 29, 2023, to review a settlement proposal that "is comprehensive and has the potential to be a framework for a final agreement." *Id.* at 2. For good cause shown, this case is hereby **STAYED** until September 29, 2023. The parties **SHALL** file a joint status report on or before September 29, 2023.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge