# In the United States Court of Federal Claims

No. 18-1820

Filed: October 2, 2023

|  |  |
|---|---|
| HARVARD PILGRIM HEALTH CARE, INC., HPHC INSURANCE COMPANY, INC., and HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER STAYING CASE

      On September 29, 2023, the parties filed a Joint Status Report.  *See generally* Joint Status Report, ECF No. 65.  The parties indicate that they have reached "a tentative agreement in principle on a methodology by which the parties can settle," and propose a continuation of the stay in this case up to and including November 28, 2023, to gather the relevant data and secure approval for the settlement.  *See id.* at 1–2.  For good cause shown, this case is hereby **STAYED** until November 28, 2023.  The parties **SHALL** file a joint status report on or before November 28, 2023.

      **IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge