# In the United States Court of Federal Claims

No. 18-1820 C
Filed: November 6, 2023

```
*************************************
HARVARD PILGRIM HEALTH      *
CARE, INC., et al.,         *
         Plaintiffs,        *            RULE 54(b)
                            *            JUDGMENT
v.                          *
                            *
THE UNITED STATES,          *
         Defendant.         *
*************************************
```

     Pursuant to the court's Order, filed November 2, 2023, directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay, and the parties' stipulation for entry of partial judgment, filed October 31, 2023,

     IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff, Tufts Health Public Plans, Inc., recover of and from the United States the amount of $8,370,566.22 for cost-sharing reduction payments (CSR) through December 31, 2017, on Count I of plaintiff's amended complaint. Count II of the second amended complaint is dismissed in part, with prejudice, as it relates to plaintiff's claim for CSR payments through December 31, 2017. Each party shall bear its own costs, attorney fees, and expenses.

                                                   Lisa L. Reyes
                                                   Clerk of Court

                                               By: s/Ashley Reams
                                                    Deputy Clerk